UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEANGELO BISHOP, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:18-CV-822 CDP |
| DAVID BERKEBILE, | ) ) ) |
| Respondent. | ) |

## ORDER OF TRANSFER

This matter is before me on petitioner's pro se application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. Petitioner, a prisoner at FCC Florence High in Florence, Colorado, is challenging the Bureau of Prison's decision not to include him in the Second Chance Act Program.[1] Under § 2241(a), this Court lacks jurisdiction over DeAngelo Bishop's petition. As a result, I will transfer this action to the United States District Court for the District of Colorado, where jurisdiction is proper. *See* 28 U.S.C. § 1631.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall transfer this case to the United States District Court for the District of Colorado.

Dated this 15th day of June, 2018.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

---

[1] Second Chance Act of 2007, H.R. 1593.